

FILED

03/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0578

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 19-0578

HENRY PAUMIE LUSSY,

Plaintiff and Appellee,

v.

RICHARD C. LUSSY,

Defendant and Appellant.

**ORDER**

Representing himself, Richard Charles Lussy (Richard) has filed a "Motion to Add Required Joinder 9-Necessary-Indespensable [sic] Parties for 100% Jury [Trial] Verdict with Four-Cameras" and a brief in support. Counsel for Appellee Henry Paumie Lussy has not filed a response.

Richard acknowledges in his pleadings that briefing has concluded in this appeal. Citing to the Montana Rules of Civil Procedure, however, Richard seeks to add nine additional parties. He requests that "these nine necessary and indispensable parties" be added "to an Amended Complaint Pleading for a second opinion . . . ."

Richard's Motion is improper and not well taken for several reasons. As a procedural point, in the State of Montana, the Montana Rules of Civil Procedure apply to district courts and not the Supreme Court. M. R. Civ. P. 1. The time for joinder or to amend a complaint has long since passed. *See* M. R. Civ. P. 10, 15, 19, and 20. The parties that Richard seeks to add at this late point in appellate review are not necessary and indispensable. These parties include the District Court Judge, the Clerk of District Court, as well as a federal judge and federal magistrate. Moreover, these named individuals were not parties in the original underlying civil case in the Anaconda-Deer Lodge County District Court. M. R. App. P. 2(4) and (6). Lastly, this case on appeal has been classified and sent to this Court. This is not the time for an appellant, such as Richard, to file a motion. M. R. App. P. 16 and 19. A decision will be issued in due course. Therefore,

IT IS ORDERED that Richard's "Motion to Add Required Joinder 9-Necessary-Indespensable [sic] Parties for 100% Jury [Trial] Verdict with Four-Cameras" is DENIED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to all counsel of record and to Richard Charles Lussy.

DATED this 17ᵗʰ day of March, 2020.

_____

_____

_____

_____
                              Justices

2